UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIMONIZ USA, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ECOLAB INC. )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No.: 3:05CV1366(JCH)<br><br>May 31 ~~April~~ __, 2006 |

## CONSENT JUDGMENT

The Court hereby enters the following Findings of Fact, Conclusions of Law and Order, as agreed to by Plaintiff Simoniz USA, Inc. ("Simoniz") and Defendant Ecolab Inc. ("Ecolab").

1. This is an action for patent infringement arising under the Acts of Congress relating to patents, including Title 35, United States Code.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action under the provisions of 28 U.S.C. §§ 1331 and 1338(a) in that this action arises under the Patent Statutes. This Court has personal jurisdiction over Defendant Ecolab by virtue of, among other things, Ecolab's solicitation and transaction of business in this District and the sale, offer for sale or use of infringing products in this District.

3. Venue is proper in this District under the provisions of 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400 in that Defendant Ecolab resides in this District within the meaning of those provisions because it is subject to personal jurisdiction in this District.

## PARTIES

4. Plaintiff is Simoniz USA, Inc. ("Simoniz"), a corporation organized under the laws of the State of Connecticut having its principal place of business at 201 Boston Turnpike, Bolton, Connecticut 06043. Simoniz is in the business of, among other things, providing chemicals and equipment to commercial automobile washing facilities.

5. Defendant is Ecolab Inc. ("Ecolab"), a corporation organized under the laws of the State of Delaware having a place of business at 370 N. Wabasha Street, St. Paul, Minnesota 55102-2233. Ecolab is in the business of, among other things, providing chemicals and equipment to commercial automobile washing facilities.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

*Simoniz' Patented Tire Dressing Applicator Pads*

6. On August 30, 2005, the United States Patent and Trademark Office issued United States Letters Patent No. 6,936,104 (the "'104 Patent") entitled "Applicator Pad For Use With An Apparatus For Applying A Fluid To The Tires Of A Vehicle." The '104 Patent issued to inventor William Gorra and has been assigned to Plaintiff Simoniz. A true and accurate copy of the '104 Patent is attached hereto as Exhibit A.

7. The '104 Patent claims, among other things, Applicator Pads for applying fluids onto vehicle tires.

*The Defendant's Activities*

8. Shortly before January 28, 2005, Simoniz became aware that Ecolab was making or having made, using, selling, offering for sale, or otherwise transferring Applicator Pads to third parties. Photographs of the Applicator Pads are attached hereto as Exhibit B. An examination of Ecolab's Applicator Pads showed that Ecolab's pads fell within the scope of the

claims of Simoniz' U.S. Patent Application No. 10/164,170 (the "'170 Application"). The '170 Application subsequently matured into the '104 Patent.

9. On or about January 28, 2005, Simoniz, through its counsel, provided written notice to Ecolab that Ecolab's Applicator Pads fell within the scope of the claims of Simoniz' U.S. Patent Application No. 10/164,170 (the "'170 Application"). The '170 Application subsequently matured into the '104 Patent.

10. Notwithstanding notice by Simoniz, Ecolab continued to make or have made, use, sell, offer for sale, or otherwise transfer to third parties Ecolab's Applicator Pads and has continued to do so through to the present.

11. On or about August 30, 2005, Simoniz filed and served a complaint asserting infringement of the '104 Patent by Ecolab through its making or having made, using, selling, offering to sell, or otherwise transferring to third parties Ecolab's Applicator Pads.

12. Simoniz and Ecolab have entered into a Settlement Agreement, and, as partial consideration for entering into the Settlement Agreement, Ecolab has agreed to enter into and be bound by the terms of this Consent Judgment.

13. Ecolab has discontinued making or having made, using, selling, offering to sell, or otherwise transferring to third parties Ecolab's Applicator Pads, and will not make or have made, use, sell, offer to sell, or otherwise transfer to third parties Ecolab's Applicator Pads in the future.

14. Ecolab has acknowledged that the '104 Patent is valid and enforceable and that Ecolab's Applicator Pads infringe the '104 Patent; however, in the event that Simoniz files a lawsuit asserting infringement of the '104 patent against Ecolab or its customers after the Effective Date, which involves a product other than the Applicator Pads shown in Exhibit B, Ecolab reserves the right to challenge the validity and enforceability of the '104 patent.

15.  Ecolab has agreed not to directly or indirectly aid, assist, or participate in any action contesting the validity or enforceability of the '104 Patent in any court or other tribunal, including the United States Patent and Trademark Office, except as required by court order or subpoena; however, in the event that Simoniz files a lawsuit asserting infringement of the '104 patent against Ecolab or its customers after the Effective Date, which involves a product other than the Applicator Pads shown in Exhibit B, Ecolab reserves the right to challenge the validity and enforceability of the '104 patent.

16.  Ecolab has consented to the entry of an injunction by this Court prohibiting Ecolab from making or having made, using, selling, offering to sell, or otherwise transferring to third parties Ecolab's Applicator Pads.

**IT IS THEREFORE ORDERED THAT:**

a.  The '104 Patent is valid and enforceable and that Ecolab's Applicator Pads infringe the '104 Patent.

b.  Ecolab is immediately and permanently enjoined from making or having made, using, selling, offering to sell, or otherwise transferring to third parties Ecolab's Applicator Pads shown in Exhibit B until the expiration of the '104 Patent;

c.  In the event that Simoniz files a lawsuit asserting infringement of the '104 patent against Ecolab or its customers after the Effective Date, which involves a product other than the Applicator Pads shown in Exhibit B, Ecolab shall have the right to challenge the validity and enforceability of the '104 patent.

d.  Ecolab shall pay Simoniz the sum of $10,000 before May ___, 2006 as damages for infringement of the '104 Patent;

e.  Each party shall bear its own costs and attorneys' fees;

f.  Any and all of the parties' claims and defenses in this action are hereby dismissed with prejudice; and

g.  The Court retains jurisdiction over this action to the extent necessary to enforce this judgment.

SO ORDERED this ___ day of _____ 2006.

_____
Honorable Janet C. Hall
United States District Judge

The parties hereby agree to the terms of this Consent Judgment:

Dated: 5/9/2006

Simoniz USA, Inc.
By: *Will* [signature]
Its: PRESIDENT

Dated:

Ecolab Inc.
By: [signature]
Its: Chief Patent Counsel

_____
David M. Wallman (ct07085)
Wallman Law Firm
184 Atlantic Street
Stamford, CT 06901
Telephone: 203-348-4000
Fax: 203-406-0587
Email: dmw@business-litigation.net

_____
Francis H. Morrison III (ct04200)
fhmorrison@dbh.com
Matthew J. Becker (ct10050)
mjbecker@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Fax: (860) 275-0343

**CERTIFICATE OF SERVICE**

I hereby certify that on ~~April~~ May 31, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ William C. Mercer
William C. Mercer (ct26526)
*wcmercer@dbh.com*
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Telephone: (203) 977-7300
Fax: (203) 977-7301